UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

VICTORIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | CRIMINAL NUMBER |
| ENRIQUE SALAS-MARTINEZ | § § | **V-19-82** |

ORDER FOR ISSUANCE OF ARREST WARRANT
AND SETTING AMOUNT OF BAIL

It appearing to the Court that an Indictment has been filed against the defendant listed below, it is hereby ORDERED that a warrant be issued for the arrest of said defendant.

| Defendant | Amount of Bail |
|---|---|
| ENRIQUE SALAS-MARTINEZ | No Bond |

SIGNED this _____ day of July, 2019.

_____
UNITED STATES MAGISTRATE JUDGE